Gordon, administrator of. Fisher, presented a petition in the Court of Claims of the United States, for damages done to him by troops of our Government, in the war of 1812 with Great Britain. The Court of Claims decided against him, and he appealed to this court. The case was argued in favor of the right of appeal
 
 by.Messrs. Gooderich and Winter Davis;
 
 no counsel appearing on the other side. A majority of the court, however,
 
 †
 
 finding itself constrained to the conclusion-that, under the Constitution, no appellate jurisdiction over the Court.of Claims could bé exercised by this court, and intimating that the reasons which necessitated this view might be announced hereafter — the term being now at its-close — the cause was simply
 

 Dismissed eor want oe jurisdiction.
 

 †
 

 Miller and Field, JJ., dissenting.